No. 93–476.  MacLeod v. Murray, Director, Virginia Department of Corrections.  C. A. 4th Cir.  Certiorari denied.

No. 93–477.  MacLeod v. Virginia Beach Correctional Center et al.  C. A. 4th Cir.  Certiorari denied.

No. 93–478.  MacLeod v. Virginia Beach Correctional Center et al.  C. A. 4th Cir.  Certiorari denied.

No. 93–479.  MacLeod v. Virginia.  Ct. App. Va.  Certiorari denied.

No. 93–480.  Gonsalves, District Attorney, Kings County, California v. Gallegos.  C. A. 9th Cir.  Certiorari denied.

No. 93–481.  Wyatt v. Cole et al.  C. A. 5th Cir.  Certiorari denied.

No. 93–483.  Warfel et al. v. Brady, Personal Representative of the Estate of Brady.  Ct. Sp. App. Md.  Certiorari denied.

No. 93–484.  Zady Natey, Inc. v. United Food & Commercial Workers, International Union, Local No. 27.  C. A. 4th Cir.  Certiorari denied.

No. 93–485.  Collier et al. v. Marshall, Dennehey, Warner, Coleman & Goggin et al.  C. A. 3d Cir.  Certiorari denied.

No. 93–487.  Awofolu v. Public Storage Management, Inc., et al.  C. A. 9th Cir.  Certiorari denied.

No. 93–488.  Smith v. Roulette et al.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–492.  Johnson v. Bekins Van Lines Co. et al.  C. A. 5th Cir.  Certiorari denied.

No. 93–494.  Sinaloa Lake Owners Assn., Inc., et al. v. California Division of Safety of Dams.  C. A. 9th Cir.  Certiorari denied.